THOMAS, Chief Judge,
concurring in part, and dissenting in part, with whom W. FLETCHER, RAWLINSON, AND MURGUIA, Circuit Judges, join:
I agree that this appeal should be reheard en banc for the reasons stated in my dissent. Feldman v. Arizona Sec’y of State, 842 F.3d 613, 628-41, 2016 WL 6472060, at *10-21 (9th Cir. 2016) (Thomas, J., dissenting). The issues presented are important for both the present and future elections.
However, I would hold argument and decide the appeal prior to the certification of results for the present election. As I explained in my dissent, qualified voters have been, and will continue to be, disenfranchised by Arizona’s refusal to count legitimate ballots cast out-of-precinct. There is no reason why these legitimate votes should not be counted in this election, paiticularly when the votes are collected and available for election officials to tabulate.